UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael A. Rowe</u>

   v.           Civil No. 11-cv-366-JL

<u>Liberty Mutual Group, Inc.</u>

<u>O R D E R</u>

TO: Plaintiff, Michael A. Rowe

  Court records indicate the withdrawal of your attorney Benjamin T. King, Esq.

  You are herewith directed to advise this court by **April 26, 2013**, of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel). *See* Local Rule 83.6(b) and (d). Understand that you are under no obligation to retain counsel; you may prosecute this case yourself.

  If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

  The objection to the motion for summary judgment is due on or before **May 23, 2013**.

              By the Court,

              /s/Joseph N. Laplante
              Joseph N. Laplante
              United States District Judge

Date: April 9, 2013

cc: Michael A. Rowe
   Edward J. Sackman, Esq.
   Emily G. Rice, Esq.