
UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael A. Rowe</u>

      v.                              Civil No. 11-cv-366-JL

<u>Liberty Mutual Group, Inc.</u>

## O R D E R

TO:   Plaintiff, Michael A. Rowe

Court records indicate the withdrawal of your attorney Benjamin T. King, Esq.

You are herewith directed to advise this court by **April 26, 2013**, of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel). *See* Local Rule 83.6(b) and (d). Understand that you are under no obligation to retain counsel; you may prosecute this case yourself.

If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

The objection to the motion for summary judgment is due on or before **May 23, 2013**.

By the Court,

/s/Joseph N. Laplante
Joseph N. Laplante
United States District Judge

Date: April 9, 2013

cc:   Michael A. Rowe
       Edward J. Sackman, Esq.
       Emily G. Rice, Esq.