```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Michael A. Rowe

    v.                                            Civil No. 11-cv-366-JL

Liberty Mutual Group, Inc.

**PROCEDURAL ORDER**

This court previously ordered that, "[t]o avoid burdening court personnel, and opposing counsel, [plaintiff] should limit further filings to (a) motions seeking particular relief from the court, (b) responses to any motions filed by Liberty Mutual, and (c) filings that [plaintiff] is directed to make by rule, or by order of the court." Order of May 20, 2013, at 5.  Yet, on August 3, 2013, the plaintiff, Michael A. Rowe, filed a document entitled "Plaintiff's Response to the Courts [*sic*] 7/31/13 Endorsed Order re Response re Order on Motion for Leave to File, etc." (capitalization and parentheticals omitted).  (The order to which the filing purports to "respond" was a margin order stating "Reviewed" as to a filing by Liberty Mutual.)  Earlier, on July 26, 2013, Rowe filed a document entitled "Response to the Courts [*sic*] Memorandum Order of 7/16/11 [*sic*] Pertaining to Boilerplate Objections."  Neither of these filings appears to fit any of the three categories of filings to which this court's May 20, 2013 order restricted Rowe.

Accordingly, on **2:00 p.m.** on **Friday, August 16, 2013,** Rowe shall appear before this court and show cause why he should not be held in contempt of this court's May 20, 2013 order for making the aforementioned filings of July 26, 2013 and August 3, 2013. If Rowe wishes to prepare a written memorandum as part of this showing, he shall bring the memorandum with him for submission at the hearing. He shall not file it. Liberty Mutual need not appear at the hearing through counsel or otherwise.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 6, 2013

cc:  Michael A. Rowe, pro se
     Emily G. Rice, Esq.
     Edward J. Sackman, Esq.